**Rosalind M. CROSS Plaintiff–Appellant**

v.

**David S. FERRIERO, Archivist of the United States, National Archives and Records Administration Defendant–Appellee**

No. 15-3057

United States Court of Appeals, Eighth Circuit.

Submitted: August 29, 2016

Filed: August 31, 2016

Rosalind M. Cross, Pro Se

Jane Berman Shaw, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Defendant–Appellee

Before LOKEN, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Rosalind M. Cross appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court reviewed the record de novo and carefully considered the arguments for

reversal. Summary judgment was proper. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (de novo standard of review; summary judgment is appropriate if record, viewing facts and inferences in light most favorable to nonmoving party, shows there is no genuine issue as to any material fact and moving party is entitled to judgment as matter of law).

The judgment is affirmed. *See* 8th Cir. R. 47B. Cross's pending motion is denied as moot.

---

1. The Honorable John M. Bodenhausen, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was

referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).